
AB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 11-496 |
| HENRY HAMIDREZ MOHAJERI : | |

**ORDER**

FILED
JAN 11 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 11th day of January, 2012, upon consideration of the Government's motion to dismiss the original information in the above-captioned case, it is hereby

**ORDERED**

that the motion is granted, and the information for Criminal Number 11-496 is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

xc: Speedy Trial
U.S. Pretrial Services
U.S. Probation

Copies Sent _____ To:

copies mailed 01-11-2012 to:
Henry Hamidrez Mohajeri, Deft.